## THIRD DEPARTMENT, JANUARY, 1979

### (January 2, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HUNT, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of the Clinton Correctional Facility, Respondent.—Application for writ of habeas corpus dated October 16, 1978 denied. Mahoney, P. J., Greenblott, Sweeney, Kane and Staley, Jr., JJ., concur.